DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

STATE OF FLORIDA,

Appellant,

v.

BRANDON RYAN,

Appellee.

No. 2D2025-0627

————————————————

December 12, 2025

Appeal from the Circuit Court for Pinellas County; Christopher Michael LaBruzzo, Judge.

Marc N. Pelletier of The Law Offices of Marc N. Pelletier, P.A., Saint Petersburg, for Appellee.

Blair Allen, Public Defender, and Jonathan P. Hurley, Senior Assistant Public Defender, Bartow, for Appellant.


PER CURIAM.

    Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.